UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DAVID LAPORTA, an individual;<br><br>Plaintiff,<br>vs.<br>BMW OF NORTH AMERICA, LLC, a foreign limited liability company; BEVERLY HILLS BMW a business entity unknown; and DOES 1 through 10, inclusive,<br><br>Defendants. | **CASE NO: 2:17-cv-05145 KS**<br>[Removed from Los Angeles County Superior Court – Case No. BC663587]<br>Judge Presiding: Hon. Karen L. Stevenson<br><br>[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE<br><br>Trial Date: February 5, 2019 |

The Court having reviewed the parties' Stipulation of Dismissal With Prejudice and good cause appearing,

IT IS ORDERED that this action be, and hereby is, dismissed in its entirety with prejudice.

The Court retains jurisdiction to enforce the terms of the Settlement Agreement.

IT IS SO ORDERED.

Dated: February 4, 2019

Karen L. Stevenson
United States Magistrate Judge